1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5

6 Attorneys for Mr. Perez-Cruz

7

8 UNITED STATES DISTRICT COURT

9 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )  Case No. 08mj0786
                                 )
12 |          Plaintiff,          )
                                 )
13 | v.                           )
                                 )  **NOTICE OF APPEARANCE**
14 | **GUADALUPE PEREZ-CRUZ,**    )
                                 )
15 |          Defendant.          )
                                 )

16       Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
17 Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record
18 in the above-captioned case.

19                                            Respectfully submitted,
20 Dated: March 14, 2008                      s/ *Michelle Betancourt*
21                                            **MICHELLE BETANCOURT**
                                              Federal Defenders of San Diego, Inc.
22                                            Attorneys for Defendant
                                              michelle_betancourt@fd.org
23

24

25

26

27

28