1 | KAREN P. HEWITT
United States Attorney     RECEIVED
2 | JEFFREY D. MOORE
Assistant United States Attorney
3 | California State Bar No. 240595 MAR 28   A II: 30
United States Attorney's Office
4 | Federal Office Building     U.S. ...
880 Front Street, Room 6293 ... CF
5 | San Diego, California 92101
Telephone: (619) 557-7171
6 |
7 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED

MAR 2 7 2008

... DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ... DEPUTY

8 |
UNITED STATES DISTRICT COURT

9 |
SOUTHERN DISTRICT OF CALIFORNIA   08CR0940-JAH

10 |

| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 08MJ0786 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION OF FACT AND JOINT** |
| v. | ) | **MOTION FOR RELEASE OF** |
| | ) | **MATERIAL WITNESS(ES) AND** |
| GUADALUPE PEREZ-CRUZ, | ) | **ORDER THEREON** |
| | ) | |
| Defendant. | ) | |
| | ) | **(Pre-Indictment Fast-Track Program)** |

16   **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

17 | OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Jeffrey D.

18 | Moore, Assistant United States Attorney, and defendant GUADALUPE PEREZ-CRUZ, by and

19 | through and with the advice and consent of defense counsel, Michelle Betancourt, that:

20 |         1.        Defendant agrees to execute this stipulation on or before the first preliminary hearing

21 | date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

22 | intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

23 | guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

24 | of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

25 | § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

26 | //

27 | //

28 | JDM:rp:3/14/08

1    2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2    provide the signed, original plea agreement to the Government not later than five business days

3    before the disposition date set by the Court.

4    3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5    before **April 14, 2008**.

6    4.    The material witnesses, Oscar Gustavo Hinojosa-De Haro, Ramiro madrigal-Aparicio

7    and Jose Alberto Solorio-Mendez, in this case:

8        a.    Are aliens with no lawful right to enter or remain in the United States;

9        b.    Entered or attempted to enter the United States illegally on or about

10    March 10, 2008;

11        c.    Were found in a vehicle driven by defendant at the San Ysidro, California Port

12    of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that they were

13    aliens with no lawful right to enter or remain in the United States;

14        d.    Were paying and or having others pay on their behalf $3,000-$3,800 to others

15    to be brought into the United States illegally and/or transported illegally to their destination therein;

16    and,

17        e.    May be released and remanded immediately to the Department of Homeland

18    Security for return to their country of origin.

19    5.    After the material witnesses are ordered released by the Court pursuant to this

20    stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any

21    reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,

22    including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

23        a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

24    substantive evidence;

25        b.    The United States may elicit hearsay testimony from arresting agents

26    regarding any statements made by the material witness(es) provided in discovery, and such testimony

27    shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

28    Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Guadalupe Perez-Cruz                    2                    08MJ0786

1    of (an) unavailable witness(es); and,

2          c.      Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

3    "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

4    and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

5    waives the right to confront and cross-examine the material witness(es) in this case.

6        6.      By signing this stipulation and joint motion, defendant certifies that defendant has

7    read it (or that it has been read to defendant in defendant's native language). Defendant certifies

8    further that defendant has discussed the terms of this stipulation and joint motion with defense

9    counsel and fully understands its meaning and effect.

10       Based on the foregoing, the parties jointly move the stipulation into evidence and for the

11    immediate release and remand of the above-named material witness(es) to the Department of

12    Homeland Security for return to their country of origin.

13       It is STIPULATED AND AGREED this date.

14                          Respectfully submitted,

15                          KAREN P. HEWITT
                              United States Attorney

16

17    Dated: 3/27/08

18                          JEFFREY D. MOORE
                         Assistant United States Attorney

19    Dated: 3/27/08.

20                          MICHELLE BETANCOURT
                         Defense Counsel for Guadalupe Perez-Cruz

21

22    Dated: 3/27/08.

23                          GUADALUPE PEREZ-CRUZ
                         Defendant

24

25

26

27

28    Stipulation of Fact and Joint Motion for Release of
      Material Witness(es) And Order Thereon in
      United States v. Guadalupe Perez-Cruz           3                08MJ0786

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: _3/27/08_ .

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Guadalupe Perez-Cruz                    4                    08MJ0786